# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

United States of America,
v.
John F. Gargan,
Defendant.

Case No.: 1:18CR00723-2 (PGG)



MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

TO THE HONORABLE PAUL G. GARDEPHE, UNITED STATES DISTRICT JUDGE:

Defendant John F. Gargan, respectfully moves this Court to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255.

## I. JURISDICTION

This motion is filed under 28 U.S.C. § 2255, which authorizes a federal prisoner to move the sentencing court to vacate, set aside, or correct the sentence where it was imposed in violation of the Constitution or laws of the United States.

## II. STATEMENT OF THE CASE

1. On September 30, 2018, Mr. Gargan was indicted in the Southern District of New York on conspiracy charges arising out of his employment.

2. He pled not guilty and proceeded to trial.

3. On September 23, 2019, a jury returned a guilty verdict against him.

4. On December 16, 2019, this Court sentenced Mr. Gargan to a term of imprisonment and ordered restitution in the amount of $440,000.

5. Mr. Gargan has since served his prison sentence and remains subject to ongoing restitution deductions from his Social Security income.

## III. GROUNDS FOR RELIEF

Ground One – Lack of Criminal Intent (Mens Rea)

- A conspiracy conviction requires proof that the defendant knowingly and willfully entered into an unlawful agreement.

- Mr. Gargan lacked the requisite criminal intent. His conduct was limited to performing routine job functions at the direction of others.

- At no point did he knowingly agree to join a conspiracy or intend to further an unlawful objective.

Ground Two – Actual Innocence

- Because intent is an essential element of conspiracy, its absence establishes actual innocence.

- The guilty verdict was therefore unsupported by constitutionally sufficient evidence, and enforcing the conviction and restitution violates due process.

## IV. LEGAL BASIS

- Under 28 U.S.C. § 2255(a), a conviction may be vacated where it was imposed in violation of the Constitution.

- The Supreme Court has held that proof of intent is an essential element of conspiracy (*United States v. Bailey*, 444 U.S. 394, 405 (1980)).

- A conviction entered without proof of intent violates the Fifth Amendment right to due process.

## V. REQUEST FOR RELIEF

WHEREFORE, Mr. Gargan respectfully requests that this Court:

1. Vacate the guilty verdict and conviction entered on September 23, 2019;

2. Set aside the sentence and restitution order imposed on December 16, 2019;

3. Exonerate him from all collateral consequences of the conviction; and

4. Grant such other relief as the Court deems just and proper.

---

Dated: September 22, 2025

Respectfully submitted,

/s/
John F. Gargan
410 West 46th Street
New York, NY 10036
(347) 703-9915
johnnyg5604@gmail.com

John F. Gargan
410 West 46th Street
New York, NY 10036
(347) 703-9915
johnnyg5604@gmail.com

September 22, 2025

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. John F. Gargan, Case No. 1:18CR00723-2 (PGG)

Dear Clerk of Court,

Enclosed please find my Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, along with the following supporting documents:

1. Memorandum of Law in Support

2. Declaration of John F. Gargan

3. Proposed Order

4. Certificate of Service

I respectfully request that this motion and accompanying documents be filed on the docket in the above-captioned case and directed to the Honorable Judge Paul G. Gardephe for consideration.

Please return a file-stamped copy of the Motion in the enclosed self-addressed stamped envelope for my records.

Thank you for your time and assistance in processing this filing.

Respectfully submitted,

/s/
John F. Gargan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America,
v.
**John F. Gargan**,
Defendant.

Case No.: 1:18CR00723-2 (PGG)

---

## CERTIFICATE OF SERVICE

I, **John F. Gargan**, hereby certify that on **September 22, 2025**, I caused a true and correct copy of the following documents:

- Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence;
- Memorandum of Law in Support;
- Declaration of John F. Gargan; and
- Proposed Order,

to be served by [☑ U.S. Mail / ☐ hand delivery / ☐ electronic filing if accepted] upon:

**U.S. Attorney's Office**
Southern District of New York
Attn: Criminal Division
One St. Andrew's Plaza
New York, NY 10007

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2025
New York, New York

/s/
**John F. Gargan**
410 West 46th Street
New York, NY 10036
(347) 703-9915
johnnyg5604@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America,
v.
John F. Gargan,
Defendant.

Case No.: 1:18CR00723-2 (PGG)

## PROPOSED ORDER

Upon consideration of Defendant John F. Gargan's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, and the accompanying memorandum of law, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the guilty verdict returned on September 23, 2019, and the sentence and restitution order imposed on December 16, 2019, are hereby VACATED; and it is further

ORDERED that Defendant John F. Gargan is hereby EXONERATED of all collateral consequences arising from the conviction in Case No. 1:18CR00723-2 (PGG).

SO ORDERED.

Dated: _____
New York, New York

---

HON. PAUL G. GARDEPHE
United States District Judge



RECEIVED OCT -7 2025 PRO SE OFFICE

## DECLARATION OF JOHN F. GARGAN

I, John F. Gargan, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 22, 2025.

/s/ John F. Gargan



RECEIVED OCT - 7 2025 PRO SE OFFICE



U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY 10036
OCT 01, 2025
$12.14
S2324D500865-15

Retail
RDC 99
10007

CERTIFIED MAIL
9589 0710 5270 2549 6271 34

criminal Docketing

USMS SDNY

RECEIVED
OCT 03 2025

John F. Gargan
410 West 46th Street 3B
New York, NY 10036

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, Ny 10007

RECEIVED
OCT -7 2025
PR...